■ MT. ZION BAPTIST CHURCH OF PORT CHESTER, INC., et al., Appellants, v. SYLVESTER BROWN et al., Defendants-Respondents and Third-Party Plaintiffs. JOHN H. NICHOLS et al., Third-Party Defendants.— Motion to dismiss appeal denied, on condition that appellants argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered to be placed on the

calendar for said term. The record and appellants' brief must be served and filed on or before November 14, 1960. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.